# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**FREDERICK V. WATKINS, JR.,**
as Personal Representative of the
**Estate of FREDERICK V. WATKINS,
III, Deceased,**

     Plaintiff(s),

v.                                             CASE NO:  8:03-cv-1400-T-30EAJ

**BOMBARDIER, INC., et al.,**

     Defendants.
_____/

## ORDER OF DISMISSAL

A Notice of Settlement (Dkt. #150) was filed in consolidated case number 8:03-cv-539-T-30MSS on January 19, 2005, regarding the above-styled case.  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1)     This case is dismissed.

2)     All pending motions are denied as moot.

3)     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-1400.dismissal.wpd*